[Dkt No. 66]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| JOHN J. CARR, IV,<br><br>     Plaintiff,<br><br>          v.<br><br>SRA INTERNATIONAL, INC. and CSRA, INC.,<br><br>     Defendant. | Civil No. 18-1034 (RMB/JS)<br><br>**ORDER** |

This matter came before the Court upon Defendants' Motion for Summary Judgment [Dkt No. 66].

For the reasons set forth in the accompanying Opinion of the same date,

**IT IS** on this 6th day of August, 2020, hereby **ORDERED**

that: Defendants' Motion for Summary Judgment is **GRANTED**.

　　　　　　　　　　　　　　　　__s/ Renee Marie Bumb_____
　　　　　　　　　　　　　　　　RENÉE MARIE BUMB
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE