UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-2692
_____

JOHN J. CARR, IV,
                Appellant

v.

SRA INTERNATIONAL, INC.; CSRA INC.
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 1-18-cv-01034)
District Judge:  Honorable Renée M. Bumb
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
May 20, 2021
Before:  AMBRO, PORTER and SCIRICA, Circuit Judges
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on May 20, 2021.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered August 6, 2020, be and the same is hereby affirmed.  Costs taxed against the appellant.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated:    June 4, 2021

Certified as a true copy and issued in lieu of a formal mandate on __July 14, 2021__

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

Costs taxed in favor of Appellees CSRA Inc. and SRA International Inc as follows:

| | |
|---|---|
| Brief | $ 68.40 |
| Appendix | $150.00 |
| TOTAL | $218.40 |

Certified as a true copy and issued in lieu of a formal mandate on July 15, 2021 (Amended)

Teste: *Patricia A. Dodszuweit*

**Clerk, U.S. Court of Appeals for the Third Circuit**